# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2016

154511 & (24)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

ROBERT DAVIS and DESMOND M. WHITE,
      Plaintiffs-Appellants,

v

WAYNE CIRCUIT CLERK, WAYNE COUNTY
ELECTION COMMITTEE, DETROIT CITY
CLERK, and PENELOPE BAILER,
      Defendants-Appellees.

SC: 154511
COA: 334989
Wayne CC: 16-012226-AW

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2016



Clerk

p1011